EXHIBIT D

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



## **FINAL AWARD**

In the Matter of the Arbitration between:

Dwight Badger, Keith Daubenspeck, and Advanced Equities Financial Corp.
("CLAIMANTS")

-and-

Bloom Energy Corporation ("RESPONDENT")

CASE NUMBER: 01-18-0002-7891

**Counsel:**

Andrew Munro, Esq.                    Andrew Zack, Esq.
Kimberly Moin, Esq.                   Andrew M. Zack PLLC
Motor City Law, PLLC                  8320 Hendrie Blvd
17227 West Seven Mile Road            Huntington Woods, MI 48070
Detroit, MI 48235                     Tel: (248) 709-9770
Tel: (313) 442-7800                   azack@azacklaw.com
amunro@motorcitylawpllc.com
Kimberly@motorcitylawpllc.com

*Counsel for Claimants*

John Dwyer, Esq.
Jessica Valenzuela Santamaria, Esq.
Elizabeth Skey, Esq.
Stephen Richards, Esq.
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304

Tel: (650) 843-5228
dwyerjc@cooley.com
jvs@cooley.com
eskey@cooley.com
srichards@cooley.com

*Counsel for Respondent*

**Tribunal**:

Prof. Hiro N. Aragaki, Chair
JAMS
555 West 5th Street, 32nd Floor
Los Angeles, CA 90013
Tel: (213) 620-1133
HAragaki@jamsadr.com

Hon. Chris Cottle (Ret.)
Cottle Mediation/Arbitration
PO Box 2349
Aptos, CA 95001
Tel: (831) 688-4099
cccottle@aol.com

Hon. Lesley Green (Ret.)
Signature Resolution
633 West 5th Street, Suite 1000
Los Angeles, CA 90071
Tel: (213) 622-1002
judgegreen@signatureresolution.com

**Place of Arbitration**:  **Santa Clara, California**

**Date of Final Award**: **March 16, 2021.**

Now, having been designated in accordance with the arbitration clauses in the Confidential Agreement and the Stock Acquisition Agreement, having examined the parties' submissions, proof and allegations, and having issued an Interim Award, WE, THE UNDERSIGNED ARBITRATORS, now find, conclude, and issue this Final Award as follows.

## INTRODUCTION AND PROCEDURAL STATEMENT

1.  

2. 

3.   The Confidential Agreement among the parties and certain other third parties dated June

4.

5.

6.

7.



## BACKGROUND[2]



10.

11.

12.

13.

14.

15.

16.

[2]



21.

22.



23.



24.

25.

ISSUES TO BE DECIDED

26.



## DISCUSSION

27.

28.

29.

30.

31.

32.

33.

34.

35.



\* \* \*



42.

43.

44.

45.



49. 

50.

51.

52.



53.

54.

\*  \*  \*

55.

56.



57.

58.

59.

60.

61.

62.

63.



64. 

\* \* \*

65. 



66. 

67.

68. 

69.

70.

71.

72.

73.



74.

75.

76.



77.

78.

79.

80.

81.



82.

83.

84.

85.

86.



* * *



93.

94.

95.

96.

97.



98.

99.

100.



106.



107.

108.

## FINAL AWARD

For the reasons stated above, we hereby award as follows:

1. Claimants' claims are hereby dismissed with prejudice and Claimants shall take nothing on them.

2. Claimants shall pay Respondent **$966,760.31** in attorneys' fees and costs.

///

///

///

///

///

3.  The administrative fees of the American Arbitration Association totaling $29,400.00 shall be borne as incurred by Claimants.

This Final Award determines all issues submitted for decision in this proceeding.  Any claims not expressly addressed in this Final Award are denied.

Dated: March 16, 2021

_____

Hiro N. Aragaki, Esq., Chair


_____

Hon. Chris Cottle (Ret.), Arbitrator


_____

Hon. Lesley Green (Ret.), Arbitrator