COOLEY LLP
JOHN C. DWYER (136533) (jdwyer@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934) (jvs@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

STEPHEN RICHARDS (308868) (srichards@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Petitioner
BLOOM ENERGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOOM ENERGY CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT BADGER and KEITH DAUBENSPECK,<br><br>    Respondents. | No.<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT D TO THE STEPHEN RICHARDS DECLARATION IN SUPPORT OF PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT** |

**THIS MATTER**, having come before the Court through petitioner Bloom Energy Corporation's Administrative Motion to File Under Seal Portions of Exhibit D to the Declaration of Stephen Richards in Support of Petition to Confirm Arbitration Award and for Entry of Judgment and other appropriate papers filed contemporaneously therewith:

The Court find that good cause exists to support the filing under seal of the portions of the documents described therein. Accordingly,

**IT IS HEREBY ORDERED** that the following portions shall be redacted and filed under seal and sealed from public record:

| Document | Paragraph or Page/Line |
|---|---|
| Exhibit D to the Declaration of Stephen Richards in Support of Petition to Confirm Arbitration Award and for Entry of Judgment | ¶¶ 1–108 |

**IT IS SO ORDERED.**

DATED: _____          _____
                                                          United States District Court Judge