UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLOOM ENERGY CORPORATION,

Petitioner,

v.

DWIGHT BADGER, et al.,

Respondents.

Case No. 21-cv-02154-PJH

**ORDER PERMITTING RESPONDENTS TO SUPPLEMENT THEIR RESPONSE AND PETITIONER TO REPLY TO THE SUPPLEMENT**

Re: Dkt. No. 23

On July 15, 2021, the court held a case management conference in this action. At the conference, counsel for respondents, Andrew Munro ("Counsel Munro") requested an opportunity to supplement respondents' June 9, 2021 response (Dkt. 19) to the petition. Counsel Munro indicated that such opportunity might serve as a viable substitute for any purported "counter-petition" or motion to vacate that respondents intended to file in connection with the arbitration award at issue.

The court **GRANTS** respondents' request to file a brief supplementing their June 9, 2021 response. That brief may not exceed fifteen pages. Respondents must file any supplemental brief within **seven days** of this order. Petitioner may file a reply to that supplement within **fourteen days** of this order. That brief may not exceed ten pages. The parties should avoid repeating any arguments that they've already made in their existing filings.

As part of its supplemental filing, a party may proffer any additional evidence it sees fit. The parties should file any such evidence on the docket *as attachments* (i.e., Dkt. #-#) to its respective supplemental brief.

**IT IS SO ORDERED.**

Dated: July 16, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge