United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLOOM ENERGY CORPORATION,

               Petitioner,

     v.

DWIGHT BADGER, et al.,

               Respondents.

Case No.  21-cv-02154-PJH

**JUDGMENT**

     The issues having been duly heard and the court having denied respondents' counter motion to vacate (Dkts. 19 and 29-3) and granted petitioner's petition (Dkt. 1) to confirm the March 16, 2021 arbitration award (the "Final Award"), Dkt. 2,

     it is Ordered and Adjudged

     that judgment is hereby entered in favor of petitioner and against respondents as stated in the Final Award.

     **IT IS SO ORDERED.**

Dated: September 8, 2021

                              Phyllis J. Hamilton
                              PHYLLIS J. HAMILTON
                              United States District Judge